■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAY RIVERA, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered on or about August 3, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Gonzalez, Sweeny and Malone, JJ.